IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS YUDKOVITZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BELL ATLANTIC CORPORATION ) <br> And ) <br> BELL ATLANTIC NETWORK SERVICES, ) <br> INC. ) <br> And ) <br> VERIZON COMMUNICATIONS INC. ) <br> And ) <br> VERIZON SERVICES CORP. ) <br> ) <br> Defendants. ) | Civil Action No. 02-CV-3029 <br><br> JUDGE LOWELL REED |

**MOTION PURSUANT TO LOCAL RULE 83.5.2 FOR ADMISSION OF
TODD C. DUFFIELD TO THE BAR OF THIS COURT PRO HAC VICE**

THE UNDERSIGNED, Robert O. Lindefjeld, pursuant to E.D.Pa. LR 83.5.2, and as a member of the Bar of the United States District Court for the Eastern District of Pennsylvania, respectfully moves that Todd C. Duffield, an attorney with the firm of Jones, Day, Reavis & Pogue, 500 Grant Street, 31st Floor, Pittsburgh, Pennsylvania, 15219, be admitted to appear and practice in this Court in the instant case as counsel pro hac vice for Defendants Bell Atlantic Corporation, Bell Atlantic Network Services, Inc., Verizon Communications Inc., and Verizon Services Corp. In support of this motion, I state:

1. Mr. Duffield is a member of the Bar of the Supreme Court of the Commonwealth of Pennsylvania, the United States Courts of Appeals for the Third Circuit, and the United States District Court for the Western District of Pennsylvania;

- 2 -

2. Mr. Duffield is a member of the Bar in good standing in every jurisdiction in which he has been admitted to practice;

3. There are no disciplinary proceedings pending against Mr. Duffield as a member of the Bar in any jurisdiction; and

4. Mr. Duffield is familiar with the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

I certify that I know that the applicant is a member in good standing of the Bar of the Supreme Court of the Commonwealth of Pennsylvania and that the applicant's private and professional character is good.

WHEREFORE, his admission is moved this 19th day of July 2002.

Respectfully submitted,

\_\_\_\_/s/_____
Robert O. Lindefjeld
Pa. I.D. #70444

JONES, DAY, REAVIS & POGUE
500 Grant Street, 31st Floor
Pittsburgh, PA  15219
(412) 391-3939

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LOUIS YUDKOVITZ, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 02-CV-3029 |
| ) | |
| vs. ) | |
| ) | |
| BELL ATLANTIC CORPORATION ) | JUDGE LOWELL REED |
| And ) | |
| BELL ATLANTIC NETWORK SERVICES, ) | |
| INC. ) | |
| And ) | |
| VERIZON COMMUNICATIONS INC. ) | |
| And ) | |
| VERIZON SERVICES CORP. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

AND NOW, this ___ day of _____, 2002, upon considering the motion to admit Todd C. Duffield as counsel pro hac vice for Defendants Bell Atlantic Corporation, Bell Atlantic Network Services, Inc., Verizon Communications Inc., and Verizon Services Corp. (collectively "Defendants") in the above-captioned action, it is hereby ordered that Todd C. Duffield is admitted in this case as counsel pro hac vice for Defendants.

                                      BY THE COURT

                                      _____, J.

# CERTIFICATE OF
# TODD C. DUFIELD

I, Todd C. Duffield, an attorney with the firm of Jones, Day, Reavis & Pogue, 500 Grant Street, 31st Floor, Pittsburgh, PA 15219 hereby certify, under penalties and perjury that:

(1) I am a member of the Bar of the Supreme Court of the Commonwealth of Pennsylvania, the United States Courts of Appeals for the Third Circuit, and the United States District Court for the Western District of Pennsylvania;

(2) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice;

(3) There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

(4) I am familiar with the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

Under penalties of perjury, this 19th day of July, 2002.


_____/s/_____
Todd C. Duffield
Pa. I.D. #84041
Jones, Day, Reavis & Pogue
500 Grant Street, 31st Floor
Pittsburgh, PA 15219
(412) 391-3939

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion Pursuant to Local Rule 83.5.2 for Admission of Todd C. Duffield to the Bar of this Court Pro Hac Vice, was served upon the following counsel of record via first-class U. S. Mail as follows:

> Andrew S. Abramson, Esq.
> LAW OFFICES OF ANDREW S. ABRAMSON
> 261 Old York Road
> Suite 511
> Jenkinstown, PA 19046

Dated: July 19, 2002

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Todd C. Duffield