## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS YUDKOVITZ, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  02-CV-3029 |
| | ) | |
| vs. | ) | |
| | ) | |
| BELL ATLANTIC CORPORATION | ) | JUDGE LOWELL REED |
| and | ) | |
| BELL ATLANTIC NETWORK SERVICES, | ) | |
| INC. | ) | |
| and | ) | |
| VERIZON COMMUNICATIONS INC. | ) | |
| and | ) | |
| VERIZON SERVICES CORP. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION PURSUANT TO LOCAL RULE 83.5.2 FOR ADMISSION OF
## JAMES S. URBAN TO THE BAR OF THIS COURT PRO HAC VICE

THE UNDERSIGNED, Robert O. Lindefjeld, pursuant to E.D.Pa. LR 83.5.2, and

as a member of the Bar of the United States District Court for the Eastern District of

Pennsylvania, respectfully moves that James S. Urban, an attorney with the firm of Jones, Day,

Reavis & Pogue, 500 Grant Street, 31st Floor, Pittsburgh, Pennsylvania, 15219, be admitted to

appear and practice in this Court in the instant case as counsel pro hac vice for Defendants Bell

Atlantic Corporation, Bell Atlantic Network Services, Inc., Verizon Communications Inc., and

Verizon Services Corp.  In support of this motion, I state:

1. Mr. Urban is a member of the Bar of the Supreme Court of the

Commonwealth of Pennsylvania and the United States District Court for

the Western District of Pennsylvania;

2.      Mr. Urban is a member of the Bar in good standing in every jurisdiction in

which he has been admitted to practice;

3.      There are no disciplinary proceedings pending against Mr. Urban as a

member of the Bar in any jurisdiction; and

4.      Mr. Urban is familiar with the Local Rules of the United States District

Court for the Eastern District of Pennsylvania.

I certify that I know that the applicant is a member in good standing of the Bar of

the Supreme Court of the Commonwealth of Pennsylvania and that the applicant's private and

professional character is good.

WHEREFORE, his admission is moved this __6th day of August 2002.

Respectfully submitted,


_____/s/_____
Robert O. Lindefjeld
Pa. I.D. #70444

JONES, DAY, REAVIS & POGUE
500 Grant Street, 31st Floor
Pittsburgh, PA  15219
(412) 391-3939

PII-1067914v1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LOUIS YUDKOVITZ,                                    ) | |
|                                      ) | |
|            Plaintiff,                             ) | Civil Action No.  02-CV-3029 |
|                                      ) | |
|      vs.                                          ) | |
|                                        ) | |
| BELL ATLANTIC CORPORATION          ) | JUDGE LOWELL REED |
|      And                                          ) | |
| BELL ATLANTIC NETWORK SERVICES,  ) | |
| INC.                                                  ) | |
|      And                                          ) | |
| VERIZON COMMUNICATIONS INC.        ) | |
|      And                                          ) | |
| VERIZON SERVICES CORP.                  ) | |
|                                        ) | |
|           Defendants.                         ) | |

## <u>ORDER</u>

AND NOW, this __ day of _____, 2002, upon considering the motion to admit James S. Urban as counsel <u>pro hac vice</u> for Defendants Bell Atlantic Corporation, Bell Atlantic Network Services, Inc., Verizon Communications Inc., and Verizon Services Corp. (collectively "Defendants") in the above-captioned action, it is hereby ordered that James S. Urban is admitted in this case as counsel <u>pro hac vice</u> for Defendants.

BY THE COURT

_____, J.

## CERTIFICATE OF
## <u>JAMES S. URBAN</u>

I, James S. Urban, an attorney with the firm of Jones, Day, Reavis & Pogue, 500

Grant Street, 31st Floor, Pittsburgh, PA  15219 hereby certify, under penalties and perjury that:

(1)     I am a member of the Bar of the Supreme Court of the Commonwealth of Pennsylvania and the United States District Court for the Western District of Pennsylvania;

(2)     I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice;

(3)     There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

(4)     I am familiar with the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

Under penalties of perjury, this __5th__ day of August, 2002.


_____/s/_____
James S. Urban
Pa. I.D. #82019
Jones, Day, Reavis & Pogue
500 Grant Street, 31st Floor
Pittsburgh, PA  15219
(412) 391-3939

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Motion Pursuant to

Local Rule 83.5.2 for Admission of James S. Urban to the Bar of this Court Pro Hac Vice, was

served upon the following counsel of record via first-class U. S. Mail as follows:

Andrew S. Abramson, Esq.
LAW OFFICES OF ANDREW S. ABRAMSON
261 Old York Road
Suite 511
Jenkinstown, PA  19046

Dated:  August _7_, 2002

_____/s/_____
Todd C. Duffield