IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YUDKOVITZ | : | CIVIL ACTION |
| v. | : | |
| BELL ATLANTIC CORPORATION et al. | : | NO. 02-3029 |

O R D E R

      AND NOW, this 21st day of August, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby

      ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Lowell A. Reed, Jr. to the calendar of the Honorable Legrome D. Davis.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court