IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS YUDKOVITZ, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-3029 |
| | : | |
| BELL ATLANTIC CORPORATION, | : | |
| BELL ATLANTIC NETWORK SERVICES | : | |
| INC., VERIZON COMMUNICATIONS | : | |
| INC., and VERIZON SERVICES CORP., | : | |
| Defendants. | : | |

**SCHEDULING O R D E R**

AND NOW, this      day of November, 2002, following a conference with counsel for the parties, it is hereby ORDERED as follows:

1. Factual discovery shall be completed by **February 14, 2003.**

2. Plaintiff shall submit expert witness reports by **January 24, 2003.**

3. Defendants shall submit expert witness reports by **February 14, 2003.**

4. Dispositive motions shall be filed by **March 14, 2003.**

5. Responses to dispositive motions shall be filed by **April 14, 2003.**

6. Upon resolution of dispositive motions, the Court will schedule a final pretrial conference.

7. A settlement conference will be scheduled upon the joint request of counsel for the parties.

BY THE COURT:

Legrome D. Davis