IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

LOUIS YUDKOVITZ
      Plaintiff,

   v.

BELL ATLANTIC CORPORATION           NO. 02-3029
   and

BELL ATLANTIC NETWORK SERVICES, INC.
   and

VERIZON COMMUNICATIONS INC.
   and

VERIZON SERVICES CORP.
      Defendants.

_____

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Louis Yudkovitz, plaintiff in the above named case

hereby appeals to the United States Court of Appeals for the Third Circuit from the

Court's Order and Judgment of January 12, 2004.


                                  _____

                                  Andrew S. Abramson, Esq.

                                  Law Offices of Andrew S. Abramson

                                  The Pavilion

                                  261 Old York Road

                                  Suite 509

                                  P. O. Box 724

                                  Jenkintown, PA 19046

                                  215-517-6651

                                  attorney for Louis Yudkovitz


Dated: January 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January 2004, a true and correct copy of

the foregoing was served upon the below listed counsel via telecopy and first class

United States mail, postage prepaid.

James S. Urban, Esq.
Todd C. Duffield, Esq.
Jones, Day, Reavis & Pogue
500 Grant Street
Suite 3100
Pittsburgh, PA 15219-2502


_____
Andrew S. Abramson