IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUIS YUDKOVITZ

                              02-CV-3029
                              District Court Docket Number

       vs.

BELL ATLANTIC CORPORATION

Notice of Appeal Filed 1/23/04
Court Reporter(s)/ESR Operator(s)     none

Filing Fee:
    Notice of Appeal __Paid  _x_ Not Paid  __Seaman
    Docket Fee        __Paid  _x_ Not Paid  __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

_____
_____
_____

                    Prepared by :_____
                              ANN MURPHY
                          Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm